**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

ANTHONY SWIERCZEK, and,
THOMAS J. SLATOSKI, Jr.,

Plaintiffs,

v.

BRIAN ANDERSON, and
CHRISTOPHER BURNS, et al.,

Defendants.

Civil 01-1414 (JRT/FLN)

**ORDER OF REFERENCE**

---

Robert Bennett, GARTNER BENNETT & SCHUPP, 120 South Sixth Street, Ste 2200, Minneapolis, MN 55402, for plaintiff.

Bruce P. Candlin, CANDIN & HECK, 3800 West 80th Street, Suite 1500, Bloomington, MN 55431, for defendant Grandma's of Minneapolis, Inc.

Pursuant to the provisions of Title 28, United States Code, Section 636 (b) (1) (B), **IT IS HEREBY ORDERED** that defendant Grandma's of Minneapolis, Inc.'s Rule 12(b)(6) motion to dismiss [Docket No. 5] is referred to the Honorable Franklin L. Noel, Chief United States Magistrate Judge, who will submit to the undersigned proposed findings of fact and a recommendation for the disposition of the motion upon completion of a hearing. Counsel for defendant is directed to contact Cathy Orlando, calendar clerk for Magistrate Judge Noel, to schedule a hearing on the motion.

DATED: Oct. 25, 2001
at Minneapolis, Minnesota

JOHN R. TUNHEIM
United States District Judge

FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK