**"CONFIDENTIAL"**

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Court File No. 01-1414 JRT/FLN

Anthony Swierczek and Thomas J. Slatoski, Jr.,

Plaintiffs,

vs.

Brian Anderson and Christopher Burns, officers acting in their individual capacities as Minneapolis police officers, and John Does, unknown officers acting in their individual capacities as Minneapolis police officers; the City of Minneapolis; and Grandma's of Minneapolis, Inc., a Minnesota corporation,

Defendants.

STIPULATION FOR PARTIAL DISMISSAL WITH PREJUDICE AND ORDER FOR PARTIAL DISMISSAL OF DEFENDANT GRANDMA'S OF MINNEAPOLIS

**STIPULATION FOR PARTIAL DISMISSAL**

The above-entitled action having been fully compromised and settled as to Defendant Grandma's of Minneapolis, Inc.,

IT IS HEREBY STIPULATED AND AGREED, by and among the parties hereto, through their respective counsel, that Defendant Grandma's of Minneapolis, Inc. may be, and the same hereby is, dismissed with prejudice and on the merits, but without further cost to any of the parties hereto.

IT IS FURTHER STIPULATED AND AGREED that any party, without notice to another, may cause judgment of dismissal with prejudice and on the merits to be entered herein.



FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Dated: July 29, 2002

Robert Bennett (6713)
Flynn Gaskins & Bennett
Suite 2900
333 South Seventh Street
Minneapolis, MN 55402
Telephone: 612-333-9500
Attorney for Plaintiff

Dated: 7/26/02

Bruce P. Candlin (#14503)
Attorney for Defendant,
Grandma's, Inc.
3800 West 80th Street, #1500
Bloomington, MN 55431-4429
Telephone: (952) 820-8522

**ORDER FOR PARTIAL DISMISSAL**

Based upon the foregoing Stipulation for Partial Dismissal with prejudice entered into among the parties and upon all of the files and proceedings herein,

IT IS HEREBY ORDERED: That Defendant Grandma's of Minneapolis, Inc. is hereby dismissed with prejudice and on the merits but without further cost to any of the parties hereto.

LET JUDGMENT BE ENTERED ACCORDINGLY.

BY THE COURT:

Dated: Aug 1, 2002

Judge of District Court

g:\atty\20010256\parstip.doc