# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Anthony Swierczek and Thomas J. Slatoski, Jr.

Case No. Civil 01-1414JRT/FLN

v.

**JUDGMENT IN A CIVIL CASE**

Brian Anderson and Christopher Burns, officers acting in their individual capacities as Minneapolis Police Officers and the City of Minneapolis

---

( X ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

( ) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the plaintiffs take nothing, that the action be dismissed on the merits and that the defendants recover their costs of the action.

DATE: May 22, 2003

[signature]
John R. Tunheim, Judge, U.S. District Court
District of Minnesota

RICHARD D. SLETTEN, CLERK

[signature: Denise La Fond]
Denise La Fond, Deputy Clerk