**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

ANTHONY SWIERCZEK, et al.,

Plaintiffs,

v.

BRIAN ANDERSON, et al.,

Defendants.

Civil 01-1414 (JRT/FLN)

**ORDER**

---

Robert Bennett and Eric Hageman, FLYNN GASKINS & BENNETT, 333 South Seventh Street, Suite 2900, Minneapolis, MN 55402, for plaintiffs.

Timothy Skarda, OFFICE OF THE MINNEAPOLIS CITY ATTORNEY, 333 South Seventh Street, Suite 300, Minneapolis, MN 55402, for defendants.

Plaintiffs' request permission to contact the jurors who served in the trial of this case. Plaintiffs' and defendants' counsel may be allowed to contact the jurors after jurors' service of jury duty is completed. However, counsel may contact the jurors by letter only, unless the individual jurors have given permission to contact them by other means.

**IT IS HEREBY ORDERED** that plaintiffs' request to obtain the full name and address of each juror who sat in the above-entitled matter is **GRANTED.**

JUN 0 9 2003
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

The Court's Jury Clerk shall provide plaintiffs' and defendants' counsel with the jurors' full names and addresses.

Dated: June 9, 2003
at Minneapolis, Minnesota

JOHN R. TUNHEIM
United States District Judge