**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**Anthony Swierczek and Thomas J. Slatoski, Jr.,**

**Plaintiffs,**

vs.

**Brian Anderson and Christopher Burns, officers acting in their individual capacities as Minneapolis police officers; and John Does, unknown officers acting in their individual capacities as Minneapolis police officers; the City of Minneapolis; and Grandma's of Minneapolis, Inc., a Minnesota corporation,**

**Defendants.**

**Court File No.: 01-1414 JRT/JGL**

**STIPULATION**

---

It is hereby stipulated and agreed by and between the parties, through their respective counsel, that the Plaintiffs agree to waive any right or claim they may have to appeal or challenge the verdict filed on May 20, 2003, in the above captioned. The Defendants waive any right or claim they may have to seek costs or fees.

Dated: 7/23/03

~~JAY M. HEFFERN~~
City Attorney
By [signature]

TIMOTHY S. SKARDA
Assistant City Attorney
Attorneys for Defendants
Attorney Reg. No. 10176X
300 South Seventh Street
Minneapolis, MN 55402-2453
(612) 673-2553

FILED ______
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

Dated: 7/24/03

FLYNN, GASKINS & BENNETT, LLP
By

Robert Bennett (6713)
Eric Hageman (258180)
333 South Seventh Street, Suite 2900
Minneapolis, MN 55402
(612) 333-9500

**ORDER**

**IT IS HEREBY ORDERED**, that pursuant to the foregoing Stipulation of the parties, Plaintiffs have waived any right or claim they may have to appeal or challenge the verdict filed on May 20, 2003, in the above captioned and that Defendants have waive any right or claim for costs or fees..

Dated: July 31, 2003

JOHN R. TUNHEIM
United States Magistrate Judge